UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Southern Division



| | |
|---|---|
| ANNE' MCMILLION ) | Case No. 1:23cv375 HSO-RPM |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| PASCAGOULA GAUTIER SCHOOL DISTRICT ) | |
| Defendant ) | |

## COMPLAINT

Plaintiff Anne' McMillion ("Ms. McMillion" or "Plaintiff"), P.O. Box 8059, Moss Point, Jackson County, MS, 39562, by pro se, complains of Defendant Pascagoula Gautier School District ("PGSD" or "Defendant"), c/o Attorney Kelly Sessoms, 734 Delmas Ave. P.O. Box 1618, Pascagoula, MS, 39567 as follows:

### INTRODUCTION

1. Plaintiff, Anne' McMillion, by and through undersigned counsel, hereby brings this civil action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C.§ 2000 et seq against Pascagoula Gautier School District for Sex discrimination and harassment and retaliation in violation of this Act.

2. From August 2022 to May 2023, Plaintiff Anne' McMillion was employed as a Special Education Assistant at Gautier Elementary School through Pascagoula Gautier School District Special Education Department. During this time, Travis Ware, custodian of Gautier Elementary

School harassed, intimidated, stalked, and reprisal to Ms. McMillion. Among other things, Dr. Elizabeth Bailey (Principal) and Mrs. Buckner (Assistant Principal) refused and disregarded the multiple oral complaints and grievances that Ms. McMillion physically discussed with both administrators during the fall semester of 2022. Dr. Bailey (principal) refused to follow Pascagoula Gautier School District Policies GAEA (Staff Protection/Harassment/Abuse), GAEAB (Employees' Complaints of Sexual Discrimination/Harassment Procedures), GAEAA (Sexual Harassment), GACN (Harassment), and GAE (Staff Complaint and Grievance) with the Title IX Coordinator Mrs. Coleman to resolve the complaint/grievance of Ms. McMillion.

3. In addition, Ms. McMillion was forced to endure further sexual harassment, stalking, intimidation, and reprisal from Mr. Travis Ware (custodian). Dr. Bailey (principal) also created a committee that reported back to her any issues on campus from staff led by certain teachers. This led to Mrs. Cynthia Vaxter speaking with multiple teaching staff about Ms. McMillion's complaint about Mr. Ware. Another teacher (Mrs. Hambsh) and assistant (Mrs. Rayborn-Woolman), after class, routinely asked Ms. McMillion if she was ok due to Mrs. Cynthia Vaxter asking Ms. McMillion's teacher and assistant if they noticed anything between Mr. Ware to Ms. McMillion.

4. When Ms. McMillion reported Mr. Ware's persistent harassment, stalking, intimidation, and reprisal, Dr. Bailey (principal) instructed Ms. McMillion to then send her an email with details while threatening and interrogating Ms. McMillion on does she know Mr. Ware outside of work, had she ever seen him before, has Ms. McMillion ever had a relationship with him, and how did she know what Mr. Ware is doing towards her? Ms. McMillion informed Dr. Bailey that Mr. Ware is present at all times she needs to change to other classes and work with her special education students in the hallway. Dr. Bailey proceeded to inform Ms. McMillion that someone could say that this is knowing Mr. Ware's schedule. Dr. Bailey clearly showed no concern for Ms. McMillion's safety, mental health, job, or special education students. Ms. McMillion was given a counter grievance on March 14th due to her filing a written complaint on March 4th and 5th. Regardless of Ms. McMillion's good work performance from Mrs. Ard, Dr. Bailey proceeded to retaliate by terminating Ms. McMillion's employment with the approval of the Superintendent Mr. Billy Ellzey.

JURISDICTION AND VENUE

5. This Court has original jurisdiction over the subject matter of this civil action pursuant to 28 U.S.C. §1331 (federal question), to hear federal claims pursuant to Title VII.

6. Venue is proper in this judicial district under 42 U.S.C. § 2000(e) – (e)(5)(f)(3) as Ms. McMillion was employed by PASCAGOULA GAUTIER SCHOOL DISTRICT at one of its locations in the Gautier, Mississippi area at the time of the discrimination complained of, and the incidents and decisions adverse to Plantiff's employment that are the subject of this civil action were made in this judicial district.

## PARTIES

7. Plaintiff McMillion is an adult resident of the State of Mississippi. From August 2022 through May 2023, Ms. McMillion was employed by Pascagoula Gautier School District at its location at 505 Magnolia Tree Dr. Gautier, Mississippi 39553.

8. Defendant Pascagoula Gautier School District is a state-funded public school district located in Pascagoula, Mississippi. The defendant is registered in the State of Mississippi. Defendant owns and operates schools in the Pascagoula and Gautier School District.

## PROCEDURAL BACKGROUND

9. Plaintiff Anne McMillion exhausted her administrative remedies at the Equal Employment Opportunity Commission.

10. The U.S. Equal Employment Opportunity Commission ("EEOC") found reasonable cause to believe violations of Title VII occurred. The EEOC issued Ms. McMillion a Notice of Right to Sue, which Ms. McMillion received on October 4, 2023. A true and correct copy of that notification is attached as **Exhibit A.**

11. This Complaint is being filed within 90 days of Ms. McMillion's receipt of the EEOC Notice of Right to Sue.

## ALLEGATIONS OF FACT

12. Anne' McMillion, BSBM, MBA is a 46-year-old female resident of Jackson County and Moss Point, Mississippi. McMillion was a new hire with the Pascagoula-Gautier School District in the Special Education Department. McMillion's position as Special Education Teacher Assistant (TA) was hired and paid through the Special Education Department, Title I funds. McMillion was interviewed and hired by Dr. Elizabeth Bailey to work at Gautier Elementary

School beginning in August 2022, which was McMillion's 1st year in Pascagoula-Gautier School District and Gautier Elementary School. McMillion worked directly with 2 Special Education Teachers, Ms. Kesha McInnis and Mr. Frederick Maxwell, and Ms. Gavins, Special Education Coordinator for Gautier Elementary. Due to the limited number of Special Education staff available at Gautier Elementary, McMillion was instructed to cover many classes in a day while the other SPED Teacher Assistant Ms. Pittman had fewer classes and was able to stay within a certain grade level.

13. During August and into September of 2022, Ms. McMillion continued to notice Custodian Travis Ware often stared at her and went out of his way to follow her or work in an area where she was. Custodian Ware would place wet floor signs, his cart, take trash, and clean the restrooms

14. In October 2022, Ms. McMillion complained to Principal Elizabeth Bailey and Assistant Principal Tasha Buckner about Mr. Ware's tendency to loiter around her, stare at her, and walk behind her.

15. Specifically, Mr. Ware often positioned himself so that he was working behind Ms. McMillion, and it became obvious to her that he frequently was staring at her butt while he worked or passed by. Similarly, at times he would stare at her breasts. This happened on multiple occasions. Ms. McMillion consistently made it clear his staring at her body was unwanted and she even said, "You are disgusting" to him on several occasions. When she said this, he just smirked lavishly and walked away.

16. On one occasion, while cleaning a spot on the wall near Ms. McMillion, Mr. Ware made sexual moaning noises, seemingly to provoke a response from her. This was also during the time she was giving special education services to several students in the hallway. This disrupted the special education students' service time so that the students turned to laugh and look at Mr. Ware. Ms. McMillion sent those students back into the classroom and stated again to Mr. Ware "You are disgusting and nasty."

17. Despite Ms. McMillon 's complaints to Principal Dr. Elizabeth Bailey and Assistant Principal Tasha Buckner against Mr. Ware, his leering, sexual harassing, and intimidating behavior continued.

18. During November 2022, Ms. McMillion met with Assistant Principal Tasha Buckner to make another complaint about Mr. Ware's loitering, sexual harassment, and intimidating

behavior around her and also during the times she administers special education services with students.

19. During December 2022, Ms. McMillion was questioned by Teacher Assistant Rayborn-Woolman about Mrs. Vaxter (teacher) asking surrounding teachers "if they had noticed anything going on with Mr. Ware (custodian) and Ms. McMillion?" Mrs. Vaxter (teacher) informed Ms. McMillion after Ms. McMillion questioned her on Mrs. Rayborn Woolman's response to her. Mrs. Vaxter (teacher) stated to Ms. McMillion that, " she is on the committee that reports to Dr. Bailey about any issues on campus that Dr. Bailey should be made aware of." Ms. McMillion asked Mrs. Vaxter (teacher), "why Teacher Assistant Rayborn-Woolman asked her about Mr. Ware (custodian)." Vaxter stated, "She was talking to Mrs. Hambsch (who is also on the committee and Ms. McMillion gives services to students in her call) about Mr. Ware and Ms. McMillion. Mrs. Rayborn-Woolman expressed, "She heard the conversation, so she came over and questioned Mrs. Vaxter more about it."

20. On Dec. 19th a group of staff including Ms. McMillion was called over the PA system to report to the cafeteria for an employees' holiday competition. All students and other staff were able to see it from their classrooms via projector live. As Ms. McMillion and some teacher assistants left the building, Mr. Ware with no cart began walking behind Ms. McMillion. While Ms. McMillion waited in the cafeteria for her turn in the competition, continued to loiter where Ms. McMillion was. Around 8:23 a.m. Mr. Ware (custodian) stood in the cafeteria doorway smiling and staring at Ms. McMillion. Later that morning Mr. Ware continued to loiter when Ms. McMillion's fiancée arrived to bring her holiday gifts for some teachers. Mr. Ware stood openly watching Ms. McMillion and her fiancée while they were retrieving gifts. Ms. McMillion's fiancée noticed Mr. Ware was loitering them and asked her "who was that person watching them." This made Ms. McMillion turn around and witness Mr. Ware standing there with Ms. Gwen (custodian) surveillancing.

21. On Feb. 10th beginning at 1:46 pm, Ms. McMillion went to make copies for Teacher Mrs. Vaxter when Ware was in the hallway and had finished mopping. Upon Ms. McMillion leaving the copy room, Mr. Ware moved his cart blocking the hall exit, and placed himself with a mop restricting Ms. McMillion so she could not leave. Ms. McMillion had no area to leave so she loudly said "Excuse me" and Mr. Ware stopped staring at my breast while saying "Ohhh."

22. On Feb. 16th at 9:02 a.m., Mr. Ware, 2 female custodians, and Assistant Principal Mrs. Buckner were laughing and talking exceptionally loud that Ms. McMillion 5 SPED students with IEPs that legally require some students to be in quiet and small LRE (Least Restricted Environment) could not focus on their District Assessment exam. Upon the 2 female custodians walking, laughing, and talking loudly towards Ms. McMillion and students were severely disturbed and so was the 3rd grade class who came out to use the restroom. Mr. Ware watched Ms. McMillion the entire time until the 2 female custodians walked down the hall and out the door. Upon Ms. McMillion getting her special education students to relocate, Mr. Ware then turned around and left. Ms. McMillion and the students moved to the copy room, where Assistant Principal Mrs. Buckner was seated on a webinar and Mr. Ware was fixing Mrs. Buckner a bag of popcorn. Ms. McMillion informed Buckner that "Mr. Ware (not saying his name but pointing) and the 2 female janitors saw me trying to administer the district assessment to my SPED students and were very rude in not being quiet." Buckner shared that "she was also talking loud with them and that the school does not have enough rooms for SPED students to go so come in here."

23. Around 9:33 am on Feb. 16th, Ms. McMillion informed Ms. Keys (teacher) that "she needed to speak with Dr. Bailey about something that happened earlier." As Ms. McMillion walked out of Ms. Keys's (teacher) classroom, Mr. Ware passed by Ms. Keys's door pushing his cart to one side of the hallway to cross back in front of Ms. McMillion while he went into the boys' restroom. Principal Dr. Bailey was not on campus so Ms. McMillion spoke with Buckner who expressed, "She would tell Dr. Bailey."

24. During Ms. McMillion's lunch break on Feb. 18th at 12:37 pm, Ms. McMillion's fiancée noticed Mr. Ware loitering and watching the car where Ms. McMillion was eating.

25. Feb. 23rd at 1:36 pm Ware put his wet floor sign in front of Keys (teacher) door where Ms. McMillion was located, and she was in the process of changing classes. Mr. Ware began staring at Ms. McMillion's butt and followed behind her.

26. On Feb. 28th around 2:24 pm Ms. McMillion came from the state testing workshop training in the Main Building inclusive of Principal Dr. Elizabeth Bailey and Mrs. Tasha Buckner Assistant Principal. After the training ended, Ms. McMillion went to the restroom before going to her class. Mr. Ware walked out of the principal office saw Ms. McMillion and began intimidating her by looking at her breast while walking facing her to block.

27. On March 5th, 2023, Ms. McMillion gave a written grievance of sexual harassment to Dr. Bailey and Mrs. Buckner per Dr. Bailey's instructions from the meeting Ms. McMillion requested on March 3rd.

28. On March 7, 2023, Title IV Coordinator and Director of Accountability Jessical Coleman wrote a letter to Ms. McMillion. In that letter, Ms. Coleman wrote, "I have received a formal complaint that includes allegations of sexual harassment that were made by you, the "complainant" against Mr. Travis Ware, the "respondent."

29. On March 9, 2023, Ms. Coleman wrote another letter to Ms. McMillion. In this letter, Ms. Coleman wrote, quotations "... I have concluded that the allegations do not meet the definition of sexual harassment and therefore the district must dismiss the complaint."

30. On March 17, 2023, Dr. Bailey and Ms. Coleman presented Ms. McMillion with a Counter Grievance against Ms. McMillion. This grievance alleged that Ms. McMillion had asked or knew a person's schedule." Upon Ms. McMillion asking Dr. Bailey who submitted this grievance Dr. Bailey refused to disclose the person. Ms. McMillion contends she never asked about Mr. Ware's schedule. Rather, she noticed from her own personal observations how Mr. Ware frequently loitered, stalked, sexually harassed, and intimidated her in the area where she was working.

31. March 24th at 10:34 am Mr. Ware was sitting in the hallway at the table across from Ms. Keys's classroom. Upon Ms. McMillion walking out of Ms. Keys's room, Mrs. Honore looked out the door to visually see Ware just sitting at the table with no cart. Ms. McMillion needed to change classes to Mrs. Vaxter's classroom, which would mean she had to pass Mr. Ware. Instead, Ms. McMillion left the building to walk around the building just to come back inside on the 3rd grade end Dr. Bailey was in Hattiesburg at the Job Recruitment Fair. After the meetings with Ms. Coleman and Dr. Bailey on the sexual harassment grievance, Mr. Ware became more intimidating.

32. During April and into May 2023, Dr. Bailey and Buckner made it mandatory to submit your phone to the office due to state testing. Ms. McMillion was a test proctor so she could not have a phone on her during the days of testing.

33. On April 26th around 11:15 am Mrs. Wyrick (teacher assistant) and Ms. McMillion left the F building and Mr. Ware noticed them leaving. Ms. McMillion turned to notice Mr. Ware had been walking 2 feet behind them. Mr. Ware began smiling and intimidating Ms. McMillion's

while looking at her butt and breast. Ms. McMillion said, "What in the world, disgusting" Mr. Ware continued smiling, walking behind Ms. McMillion until some more teachers came out of the main building.

34. On May 11th, 2023, Dr. Bailey and Mrs. Buckner met with Ms. McMillion during school dismissal. Dr. Bailey presented a Letter of Termination that read, "The purpose of this written statement is to serve as a formal notice concerning recommendation for termination of your employment... Ms. McMillion was notified on Friday, March 3rd, 2023, and again on Thursday, March 16th, 2023 that she is not to take pictures/videos of another person or inquire about another person's schedule or change of schedule. This directive given to Ms. McMillion was not met, therefore, a recommendation for termination is being made to the Superintendent of the Pascagoula Gautier School District for insubordination."

35. This letter was presented to Ms. McMillion, and she was asked to sign it or resign. Ms. McMillion refused to resign or sign the letter. Ms. McMillion asked Dr. Bailey why hasn't her relocation to another not done as was offered by Ms. Coleman.

36. On May 12th, 2023, Superintendent Billy Ellzey met with Ms. McMillion, Dr. Bailey, and another Assistant Superintendent where Mr. Ellzey tried to persuade Ms. McMillion to resign instead of termination. Ms. McMillion stated, this was retaliation due to her grievance filed back in March and she refused to sign the letter again. Ms. McMillion asked, "Mr. Ellzey why he did not respond to her email request to meet with him?" Superintendent Billy Ellzey stated that Ms. McMillion was terminated, allegedly for unprofessional conduct and insubordination.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff McMillion prays that this Court:

A. Enter judgment in favor of Ms. McMillion and against the Defendant for violation of Ms. McMillion's Rights under Title VII and Section;
B. Declare that the actions of the Defendant constituted unlawful discrimination;
C. Award Ms. McMillion compensatory damages, including but not limited to, lost wages and benefits, in such amount as will reasonably compensate her for her losses, and damage for emotional distress;
D. Award Ms. McMillion punitive damages in such amount as the Court deems proper;
E. Award Ms. McMillion her costs and non-taxable expenses in this action; and

F. Grant Ms. McMillion such other and further relief as the Court deems equitable and just.

## JURY DEMAND

Plaintiff Anne' McMillion hereby demands trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

Dated: December 29, 2023

Respectfully submitted,

_____
Plaintiff Pro Se

Anne' McMillion, BSBM, MBA
P.O. Box 8059
Moss Point, MS 39562
318-771-6139